**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY CARTAGENA & JAMIE PATE (Re: 622 Wood Rose Court)<br><br>Plaintiffs,<br><br>vs.<br><br>MORTGAGE SOURCE HOME LOANS, Domestic Corporation; TRISH MCCALL, Individually; MANDALAY MORTGAGE LLC, Foreign Corporation; AMERICAN HOME MORTGAGE SERVICING, INC, Foreign Corporation; ROE Rating Company; DOES 1-100, inclusive; ROE CORPORATIONS 1 - 100, inclusive,<br><br>Defendants | 2:10-cv-00948-LRH-RJJ<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

1  IT IS HEREBY STIPULATED by and between Plaintiffs MARY CARTAGENA and JAIME
2  PATE, by and through their attorneys MICHAEL R. HALL, ESQ., STEVEN T. JAFFE, ESQ., and
3  JACOB S. SMITH, ESQ. of the law firm of HALL, JAFFE & CLAYTON, LLP, and G. DALLAS
4  HORTON, ESQ. of the law firm of G. DALLAS HORTON & ASSOCIATES, and ROBERT D.
5  VANNAH, ESQ., and MARK L. JACKSON, ESQ. of the law firm of VANNAH & VANNAH, and
6  Defendant AMERICAN HOME MORTGAGE SERVICING, INC., by and through its attorneys, ARIEL
7  E. STERN, ESQ., and DIANA ERB, ESQ., of AKERMAN SENTERFITT, LLP, that the case shall be
8  dismissed as to the above-referenced Defendant, with prejudice, each party to bear their own attorney
9  fees and costs; and

10  IT IS FURTHER STIPULATED by Plaintiff to dismiss all claims against all other Defendants,
11  without prejudice, and that there are no scheduled court dates in this matter.

DATED:   July 20, 2010.                                DATED:  July 20, 2010.

HALL JAFFE & CLAYTON, LLP                              AKERMAN SENTERFITT, LLP

By: _____/s/ Jacob S. Smith_____                     By : _____/s/ Diana S. Erb_____
    MICHAEL R. HALL, ESQ.                                   ARIEL E. STERN, ESQ.
    Nevada Bar No. 005978                                   Nevada Bar No. 8276
    STEVEN T. JAFFE, ESQ.                                   DIANA S. ERB, ESQ.
    Nevada Bar No. 7035                                     Nevada Bar No. 10580
    JACOB S. SMITH, ESQ.                                    400 South Fourth Street, Suite 450
    Nevada Bar No. 10231                                    Las Vegas, NV 89101
    7455 West Washington Avenue, # 460                      *Attorneys for Defendant*
    Las Vegas, Nevada 89128                                 *American Home Mortgage Servicing, Inc.*
    *Attorneys for Plaintiff*

**ORDER**

Pursuant to the Stipulation by and between the parties and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint is hereby dismissed, with prejudice, as to AMERICAN HOME MORTGAGE SERVICING, INC., with each party to bear their own attorney fees and costs; and

///

///

1   IT IS FURTHER ORDERED that all claims against all other Defendants are dismissed without
2   prejudice; and that there are no scheduled court dates in this matter.
3   IT IS SO ORDERED.
4   DATED this 23rd day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE